THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Trince Hardy, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Gordon G. Cooper, Circuit Court Judge

Unpublished Opinion No.  2010-UP-404
 Submitted September 1, 2010  Filed
September 16, 2010

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PERCURIAM:  Trince
 Hardy appeals the revocation of his probation.  On appeal, Hardy argues the probation
 revocation court erred in revoking his probation by improperly relying on pending
 charges as evidence of his violations.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority:  State v. Bryant, 383 S.C. 410, 418,
 680 S.E.2d 11, 15 (Ct. App. 2009) (finding an
 issue must be raised to and ruled upon in the probation revocation court to be preserved for appellate review).  
AFFIRMED.
FEW, C.J., HUFF and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.